LOUIS HILDENSTEIN et al., as Executors of LOUIS HILDEN-
STEIN, Deceased, Respondents, *v.* MARGUERITE FESS,
Appellant.

*Appeal — unanimous affirmance — motion to dismiss granted.*

*Hildenstein* v. *Fess,* 215 App. Div. 673, appeal dismissed.

(Submitted January 11, 1926; decided January 12, 1926.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered October 28, 1925, unani-
mously affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that per-
mission to appeal had not been obtained and that no
question of law was involved.

*Henry L. Schaefer* for motion.

*Samuel Thomas Walkup* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.